JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRIDGE LEE TITUS JR., <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE STORES, INC; FAMILY DOLLAR, LLC; and DOES 1–20, <br><br> Defendants. | Case No.: 2:25-cv-04385-SPG-KS <br><br> **ORDER GRANTING STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND** |

Before the Court is the Joint Stipulation to Cap Plaintiff's Judgment, Award, or Recover and To Remand (ECF No. 11 ("Stipulation")). The Court, having considered the parties' Stipulation, and finding good cause therefor, hereby ORDERS as follows:

1. Plaintiff's total recovery, if any, from Defendant Family Dollar, LLC for any injury, damages, harms or losses resulting from the alleged incident that occurred on Defendant's premises on or about August 18, 2024, and which are the subject of the Litigation (including the Superior Court for the State of California, County of Los Angeles, Case No.: 25STCV04421), including but not limited to economic and non-economic damages, exclusive of any award of costs or interest, shall be capped at $75,000.00, and that no judgment or

1. award may be entered against Defendant Family Dollar in the Litigation in excess of $75,000.00;

2. If any judgment or award, exclusive of any award of costs of suit or interest, entered in Plaintiff's favor and against Defendant Family Dollar, in the Litigation should exceed $75,000.00, Plaintiff shall be found to have voluntarily waived the right to claim that portion of his final judgment or award which exceeds $75,000.00; and

3. Should any judgment or award, exclusive of any award of costs of suit or interest be entered in Plaintiff's favor and against Defendant Family Dollar, in the Litigation in excess of $75,000.00, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $75,000.00 and is barred from executing on any amount of the award or judgment in excess of $75,000.00.

Therefore, because the amount in controversy is less than $75,000, this case, *Elridge Lee Titus Jr. v. Dollar Tree Stores, Inc., et al.*, Case No. 2:25-cv-04385-SPG-KS, shall be REMANDED to the Superior Court for the State of California, County of Los Angeles, Case No.: 25STCV04421, based on lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: July 1, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE